UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

John Thompson,

Defendant.

---

13-cr-378 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Mr. Thompson's pro se motion for compassionate release, Dkt. No. 187. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Kelley Sharkey is hereby appointed to represent Mr. Thompson in connection with his compassionate release motion. As soon as possible, but no later than six weeks from the date of this order, Ms. Sharkey should make a submission in support of Mr. Thompson's motion or request additional time, as necessary. The Government shall respond to the motion within two weeks of the date of the supplemental submission. Ms. Sharkey may file a reply for Mr. Thompson within one week of the Government's response.

    SO ORDERED.

Dated: November 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

_____
DENISE COTE
United States District Judge

for Judge Nathan