UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

John Thompson,

          Defendant.

13-cr-378 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of the counseled supplement to Mr. Thompson's motion for compassionate release dated January 31, 2021, and additional exhibit dated February 3, 2021, which defense counsel has requested to file under seal. Although the Court agrees that Mr. Thompson's medical records should be maintained under seal, the brief and most of the exhibits do not implicate confidential information and should appear on the public docket. The Court typically allows general descriptions of the medical conditions of a defendant seeking compassionate release to appear in publicly filed briefing. Within one week, defense counsel should file the brief and exhibits on the public docket, redacting only (1) Exhibit C, which contains medical records, and (2) the names, mailing addresses, and email addresses of family members in Exhibit F, which contains family letters in support of the motion. Defense counsel may also propose any additional, narrowly tailored redactions as appropriate.

      SO ORDERED.

Dated: February 3, 2021
      New York, New York

                                         ALISON J. NATHAN
                                        United States District Judge