UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2/43

United States of America,

—v—

John Thompson,

          Defendant.

13-cr-378 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In an Opinion & Order dated March 22, 2021 (Dkt. No. 201), the Court ordered the Government to immediately release Mr. Thompson from custody and directed the parties to submit a proposed order governing the conditions of Mr. Thompson's release no later than March 23, 2021. The Court has not received the proposed order. No later than 5:00 p.m. today, the parties shall submit the proposed order and confirm by joint letter that Mr. Thompson has been released.

    SO ORDERED.

Dated: March 24, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge